

# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2014

No. 04-14-00612-CV

David Allan **EDWARDS**,
Appellant

v.

**SHERIFF OF COUNTY OF ATASCOSA**,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 12-02-0185-CVA
Honorable Thomas F. Lee, Judge Presiding

# O R D E R

On November 3, 2014, this court issued an order informing appellant that no reporter's record had been taken based upon representations made to this court by both a court reporter and the trial court clerk. However, on November 18, 2014, a reporter's record was filed in this court. Accordingly, it appears the appellate record in this appeal is now complete.

Therefore, appellant's brief is due December 19, 2014. Appellant is reminded that although pro se litigant may be held to "less stringent" standards, a pro se litigant is still required to comply with the law and rules of procedure. *Shull v. United Parcel Serv.*, 4 S.W.3d 46, 52-53 (Tex. App.—San Antonio 1999, pet. denied).

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of November, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court